UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

MICHAEL A. SCHLAGENHAFT,

        Plaintiff,

v.                                            Case No. 18-cv-1949-pp

BROWN COUNTY JAIL,

        Defendant.
_____

**ORDER GRANTING PLAINTIFF'S LETTER REQUEST FOR EXTENSION OF TIME TO FILE PRISON TRUST ACCOUNT STATEMENT (DKT. NO. 4)**
_____

       The court has received a letter from the plaintiff, asking the court to give him more time to file his six-month certified trust account statement. Dkt. No. 4. The plaintiff explains that he asked for the trust account statement on December 7, December 19 and December 26, 2018, and still hasn't heard back. Id.  The court notes that two weeks after the plaintiff filed this case, he filed Schlagenhaft v. Brown County Jail, Case No. 18-cv-2022, and he has filed his trust account statement in that case. Be that as it may, the court will give the plaintiff a bit more time to file his trust account statement.

       The court **GRANTS** the plaintiff's letter motion for an extension of time to file his trust account statement. Dkt. No. 4. The court **ORDERS** that the plaintiff shall file his trust account statement in time for the court to receive it by the end of the day on **Friday, February 15, 2019**. If the court does not receive tthe plaintiff's trust account statement or a request for additional time to file it (with an explanation of why he hasn't yet done so) by the end of the

1

day on February 15, 2019, the court will dismiss this case without prejudice on the next business day for failure to diligently pursue it. <u>See</u> Civil L.R. 41(c).

Dated in Milwaukee, Wisconsin this 11th day of January, 2019.

                    **BY THE COURT:**

                    _____
                    **HON. PAMELA PEPPER**
                    **United States District Judge**